**Order entered January 27, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01052-CR

**DRESEYON ISIAH OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-41487**

## ORDER

Before the Court is appellant's motion for extension of time to file appellant's brief. On December 20, 2022, we struck volume 2 of the "sealed" clerk's record because it did not contain a sealing order, and we ordered the Dallas County District Clerk to file by December 30, 2022, a volume 2 of the clerk's record that either was not under seal or that contained the order signed by the trial court sealing the documents. We also ordered that appellant's brief would be due thirty days after volume 2 of the clerk's record was refiled. As of the date of this

order, the Dallas County District Clerk has not refiled volume 2 of the clerk's record. Accordingly, appellant's brief is not yet due, and we **DENY** appellant's motion for extension of time as premature. *See* TEX. R. APP. P. 38.6(a) (appellant's brief due 30 days after the date the clerk's record or reporter's record is filed).

The clerk's record does not contain appellant's request for the clerk's record, so we cannot determine whether appellant requested the items contained in volume 2 of the clerk's record. Therefore, the Court **ORDERS** appellant's counsel to notify this Court in writing within **FOURTEEN DAYS FROM THE DATE OF THIS ORDER** whether the documents contained in volume 2 of the clerk's record are necessary to appellant's appeal. When the Court receives the notification from appellant's counsel, the Court will determine whether to pursue proper filing of volume 2 and set the briefing schedule accordingly. If appellant's counsel does not file the required notice within fourteen days, the Court may assume the documents are not necessary to the appeal, consider the appellate record complete, and order appellant's brief filed.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE